1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 11- 02354 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| GRETA FRAZIER, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Greta Frazier, in the principal amount of $3,024.51 plus interest accrued to January 18, 2011, in the sum of $5,468.93; with interest accruing thereafter at $0.64 per day until entry of judgment, administration costs in the amount of $87.00, for a total amount of $**8,580.44**.

DATED: 3/30/2011            By: TERRY NAFISI
                                 Clerk of the Court

                                 Deputy Clerk
                                 United States District Court

Page 5